UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRAYSON,<br><br>           Plaintiff,<br><br>    v.<br><br>JEFF LYNCH, *et al.*,<br><br>           Defendant. | Case No. 2:24-cv-01488-JDP (PC)<br><br>**ORDER**<br><br>SCREENING PLAINTIFF'S COMPLAINT AND GRANTING HIS APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ECF Nos. 1, 5, & 7 |

Plaintiff Jason Grayson is a state prisoner proceeding pro se in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff filed his complaint on May 24, 2024, ECF No. 1, and later filed a supplement to his complaint on July 1, 2024, ECF No. 6. Because plaintiff's complaint and the supplement allege claims based on two discrete events, I will grant plaintiff the opportunity to file an amended complaint. *See Goodbar v. Paldara*, No. 1:21-cv-01811-GSA-PC, 2022 U.S. Dist. LEXIS 83423, 2022 WL 1462142, at *1 (E.D. Cal. May 9, 2022) ("Plaintiff may not amend the Complaint by adding new information submitted separately from the Complaint. [Instead], Plaintiff must file an amended complaint which is complete in itself, without reference to prior complaints."). Plaintiff's amended complaint should be complete in itself and contain all of the allegations that he wishes to have considered. I will also grant plaintiff's application to

1

proceed *in forma pauperis*, which makes the required showing.

Accordingly, it is ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 5, is granted.

2. Within thirty days from the service of this order, plaintiff may file an amended complaint.

3. The Clerk of Court is directed to send plaintiff a complaint form.

IT IS SO ORDERED.

Dated: __August 26, 2024__                    _____
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE

2